UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARIN CROSSON,

    Plaintiff,

v.                                      Case No: 8:16-cv-2949-T-36TBM

SUNCOAST WATERSPORTS, LLC and
DAVID WINKLER,

    Defendants.
_____/

## O R D E R

Before the Court is the Amended Joint Motion for Voluntary Dismissal (Doc. 15). In accord with the Amended Joint Motion for Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Amended Joint Motion for Voluntary Dismissal is **GRANTED** (Doc. 15).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 22, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record